UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOLODGE, INC. ) | Case No. 06cv0946-H (BLM) |
| ) | |
| Plaintiff, ) | **ORDER SETTING TELEPHONIC CASE** |
| v. ) | **MANAGEMENT CONFERENCE** |
| ) | |
| WILLIAM AND JUDY HOFFMAN ) | |
| INVESTMENTS, L.P., WILLIAM ) | |
| HOFFMAN AND JUDY M. HOFFMAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On September 14, 2006, the Court convened a telephonic Case Management Conference. After consulting with the attorneys of record for the parties, and being advised of the status of the case, and good cause appearing,

**IT IS HEREBY ORDERED:**

A telephonic, attorneys-only Case Management Conference will be held on **November 16, 2006** at **1:30 p.m.** with the chambers of Magistrate Judge Major. Counsel shall appear telephonically. The Court will initiate the conference call.

///

///

///

06cv0946-H (BLM)

1  Failure of required counsel to appear may result in the imposition
2  of sanctions.
3  **IT IS SO ORDERED.**
4  DATED: September 14, 2006

   BARBARA L. MAJOR
   United States Magistrate Judge

8  COPY TO:
9  HONORABLE MARILYN L. HUFF
   U.S. DISTRICT JUDGE

   ALL COUNSEL