1  Allison D. Cato (Bar No. 155339)
2  PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
   530 B Street, Suite 2100
3  San Diego, CA  92101
   Telephone:  (619) 238.1900
4  Facsimile:  (619) 235.0398

5  Eugene N. Bulso, Jr. (Tenn. Bar No. 12005)
   Jonathan D. Rose (Tenn. Bar No. 20967)
6  BOULT, CUMMINGS, CONNERS & BERRY, PLC
7  1600 Division Street, Suite 700
   P. O. Box 340025
8  Nashville, TN 37203
   Telephone:  (615) 252.2360
9  Facsimile:  (615) 252.6360

10 Attorneys for Plaintiff SHOLODGE, INC.

11
   John L. Morrell (Bar No. 116879)
12 Paul J. Leeds (Bar No. 214309)
   Andrea M. Wendt (Bar No. 236592
13 HIGGS, FLETCHER & MACK LLP
   401 West "A" Street, Suite 2600
14 San Diego, CA  92101-7913
15 Telephone:   (619) 236-1551
   Facsimile:    (619) 696-1410
16
   Attorneys for Defendants
17 WILLIAM AND JUDY HOFFMAN INVESTMENTS, L.P.,
   WILLIAM J. HOFFMAN AND JUDY M. HOFFMAN
18

**FILED**

2006 OCT 11  AM 11: 15

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

19                  UNITED STATES DISTRICT COURT
20                  SOUTHERN DISTRICT OF CALIFORNIA

| 21 | SHOLODGE, INC., | Case No.  06CV 0946 H BLM |
|---|---|---|
| 22 | Plaintiffs, | |
| 23 | vs. | |
| 24 | WILLIAM AND JUDY HOFFMAN INVESTMENTS, L.P., WILLIAM J. HOFFMAN and JUDY M. HOFFMAN, | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |
| 25 | | |
| 26 | Defendants. | |

27

28

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE
CASE NO. 06CV 0946 H BLM

The plaintiff, ShoLodge, Inc., and the defendants, William and Judy Hoffman Investments, L.P., William J. Hoffman and Judy M. Hoffman, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to the dismissal of this action. This dismissal is without prejudice.

DATED: September 28, 2006

BOULT, CUMMINGS, CONNERS & BERRY, PLC

By: s/Eugene N. Bulso, Jr.
    Eugene N. Bulso, Jr.

Attorneys for Plaintiff
SHOLODGE, INC.

DATED: September 28, 2006

HIGGS, FLETCHER & MACK LLP

By: s/Paul J. Leeds
    Paul J. Leeds

Attorneys for Defendants
WILLIAM AND JUDY HOFFMAN INVESTMENTS, L.P., WILLIAM J. HOFFMAN AND JUDY M. HOFFMAN

IT IS SO ORDERED.
DATED 10/10/06

_____
UNITED STATES DISTRICT JUDGE

- 2 -

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE
CASE NO. 06CV 0946 H BLM